UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

    - v. -                          :   **SEALED INDICTMENT**

ANTHONY DIAZ,                           14 CRIM 108
    a/k/a "Alex Diaz,"
    a/k/a "Ariel,"              :
    a/k/a "Candido,"
                                    :
        Defendant.

- - - - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

1.   From at least in or about 2010 up to and including in or about June 2013, in the Southern District of New York and elsewhere, ANTHONY DIAZ, a/k/a "Alex Diaz," a/k/a "Ariel," a/k/a "Candido," the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2.   It was a part and an object of the conspiracy that ANTHONY DIAZ, a/k/a "Alex Diaz," a/k/a "Ariel," a/k/a "Candido," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

JUDGE FAILLA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 18 2014

3.  The controlled substance involved in the offense was five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

## FORFEITURE ALLEGATION

4.  As a result of committing the controlled substance offense charged in Count One of this Indictment, ANTHONY DIAZ, a/k/a "Alex Diaz," a/k/a "Ariel," a/k/a "Candido," the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the offenses and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses charged in Count One of this Indictment.

### Substitute Asset Provision

5.  If any of the above-described forfeitable property, as a result of any act or omission of ANTHONY DIAZ, a/k/a "Alex Diaz," a/k/a "Ariel," a/k/a "Candido," the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

    (Title 21, United States Code, Section 853.)

_____  
FOREPERSON

_____  
PREET BHARARA  
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ANTHONY DIAZ,
a/k/a "Alex Diaz"
a/k/a "Ariel,"
a/k/a "Candido,"

Defendant.

**INDICTMENT**

14 Cr.

(21 U.S.C. § 846.)

PREET BHARARA
United States Attorney.

A TRUE BILL

*[signature]* Foreperson.

2/18/14
cc

Filed sealed indictment
a/w issued.  Judy Gorenstein
USMJ