UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>ANTHONY DIAZ,<br><br>                Defendant. | 14 Cr. 108 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      On March 5, 2021, the Court received an application for compassionate release from Defendant Diaz. (Dkt. #23). Defendant was previously represented in this matter by Mr. Jesse Siegel, appointed pursuant to the Criminal Justice Act ("CJA"). The Court understands that Defendant has requested that Mr. Siegel assist in preparing a supplement to Defendant's compassionate release motion. Accordingly, the Court hereby REAPPOINTS Mr. Siegel as CJA counsel for the purpose of assisting with Defendant's compassionate release motion. The parties are directed to adhere to the following briefing schedule: Defendant's supplemental submission is due on or before April 29, 2021; the Government's response is due on or before May 20, 2021; and Defendant may submit any reply on or before June 3, 2021.

      SO ORDERED.

Dated:  March 30, 2021
            New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge