LAW OFFICE OF
# JESSE M. SIEGEL
299 Broadway, Suite 800
New York, New York 10007

(Tel) 212-207-9009

JesseMSiegel@aol.com

June 7, 2021

**BY ECF**

Hon. Katherine Polk Failla, District Judge
United States District Court for the
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007



Re: *United States v. Diaz*, 14 Cr. 108 (KPF).

Dear Judge Failla:

    As counsel to Anthony Diaz, movant herein, I request a one-week extension of the schedule for submission of a supplemental memorandum in support of his motion for compassionate release, response and reply. I request that the schedule be adjusted so the supplemental memorandum, now due June 14th, will be due June 21st, and the government's response and Mr. Diaz' reply will be due on July 12th and July 26th, respectively.

    I make this request because other work responsibilities will make it very difficult to file Mr. Diaz' memo by June 14th. In particular, I have a complicated sentencing memorandum in a case that cannot be adjourned due on Friday, June 11th. Also, I am hoping to be away for a few days starting on Saturday, for both vacation and family-related reasons.

    I have spoken with A.U.S.A. Christopher DiMase, who consents to this request on behalf of the government.

    Thank you for your attention to this application.

                                                      Very truly yours,

                                                      /s/
                                                      Jesse M. Siegel

Application GRANTED.  The parties are directed to adhere to the briefing deadlines set forth in the above letter.

Dated: June 7, 2021        SO ORDERED.
       New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE